# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2019

159913 & (49)(50)(51)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* BURGESS, Minors.

SC: 159913
COA: 346272
Grand Traverse CC Family Division:
18-004552-NA

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to expand the record are DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2019



p0827

Clerk